1  Tony M. Diab (SBN: 277343)
   SHOOK, HARDY & BACON L.L.P.
2  Jamboree Center
   5 Park Plaza, Suite 1600
3  Irvine, California 92614-2546
   Telephone: 949.475.1500
4  Facsimile: 949.475.0016

5  Attorneys for Defendant
   American Express Company, Inc.
6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 ANTHONY HERAS,                )  Case No.: 2:17-cv-2512-PJW
                                 )
12           Plaintiff,          )
                                 )  **NOTICE OF SETTLEMENT**
13      vs.                      )
                                 )
14 AMERICAN EXPRESS COMPANY,     )
   INC.,                         )  Complaint Filed: February 27, 2017
15                               )
             Defendant.          )
16                               )

17      TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

18      PLEASE TAKE NOTICE that plaintiff Anthony Heras and defendant American

19 Express Company, Inc. have reached a settlement of this matter. The settlement of

20 this matter will be consummated within 45 days of the date of this notice, at which

21 point a dismissal of this matter will be filed.

22

23 Dated: April 21, 2017              Respectfully submitted,

24                                    SHOOK, HARDY & BACON L.L.P.

25

26
                                      By: _____/s/ *Tony M. Diab*_____
27                                              Tony M. Diab
                                          Attorneys for Defendant
28                                      American Express Company, Inc.

                                                       NOTICE OF SETTLEMENT
401746 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS

401746 V1