**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERAS<br><br>Plaintiff(s),<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, INC.<br><br>Defendant(s). | CASE NO:<br>2:17−cv−02512−FMO−JPR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: April 27, 2017

                                           _/s/ *Fernando M. Olguin*_
                                           Fernando M. Olguin
                                           United States District Judge